# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151650

SHAWN LUNDY,

      Plaintiff-Appellant,

v

      SC: 151650
      COA: 326330

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

      On order of the Chief Justice, plaintiff-appellant having failed to provide to the Court a certified copy of institutional account as required by MCL 600.2963 (1), the Clerk of the Court is hereby directed to close this file.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2015



jam

                         Clerk